WILLIAM REDMOND AND ANOTHER, RESPONDENTS, v.
WILLIAM HOGE AND OTHERS, APPELLANTS.

MOTION for a reargument.

The decision of the General Term in this case is reported in 10 Supreme Court Reports (3 Hun), 171.

The motion was denied on the ground that the points urged upon the court were covered on the former argument, and that, under the peculiar circumstances of the case, a modification of the order might operate prejudicially to the relief sought by the complaint.

*John E. Burrill*, for the motion.

*Henry Nicoll*, opposed.

Opinion by DAVIS, P. J.

DANIELS, J., concurred.

Present — DAVIS, P. J., DANIELS and BRADY, JJ.

Motion denied, with ten dollars costs.